IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

GENERAL ELECTRIC CAPITAL
CORPORATION and GE CAPITAL
COMMERCIAL INC.,

                Plaintiffs,

v.

MALASZUK SPECIALIZED
LOGISTICS, LLC., and JOHN
MALASZUK,

                Defendants.

ORDER

15-cv-191-jdp

---

I am disqualifying myself in this case pursuant to 28 U.S.C. § 455.

Entered January 27, 2016.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge