IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BMO HARRIS BANK N.A.,

    Plaintiff,

v.

MALASZUK SPECIALIZED LOGISTICS,         Case No. 3:15-cv-00191
LLC, a Wisconsin limited liability company,
JOHN MALASZUK, an individual,

    Defendants.

## [~~PROPOSED~~] ORDER ENTERING SUMMARY JUDGMENT

    This matter having come before the Court on the motion of BMO Harris Bank N.A. ("Plaintiff") for summary judgment (the "Motion"); due notice having been given to Defendants, Malaszuk Specialized Logistics, LLC and John Malaszuk (collectively, the "Defendants"); the Court having personal and subject matter jurisdiction over this case and the parties thereto; and upon consideration of the evidence submitted to this Court and the Court otherwise being fully advised of the premises; the Court finds that there is no genuine issue as to any material fact and that Plaintiff is entitled to judgment as a matter of law on all counts of the complaint.

**IT IS HEREBY ORDERED THAT**:

    A.    Plaintiff's Motion for Summary Judgment is GRANTED;

    B.    Judgment is hereby entered in favor of BMO Harris Bank N.A. and against John Malaszuk in the amount of $383,952.72, plus interest accruing at the rate of $159.85 *per diem* from December 23, 2015, through the date of this Order, plus post-judgment interest accruing thereafter;

C.      Judgment is hereby entered in favor of BMO Harris Bank N.A. and against Malaszuk Specialized Logistics, LLC in the amount of $164,707.63, plus interest accruing at the rate of $68.85 *per diem* from December 23, 2015, through the date of this Order, plus post-judgment interest accruing thereafter;

D.      In addition to paragraphs A and B above, judgment is hereby entered in favor of BMO Harris Bank N.A. and against Defendants, jointly and severally, in the amount of $6,590.35, plus interest accruing at the rate of $2.59 *per diem* from December 23, 2015, through the date of this Order, plus post-judgment interest accruing thereafter; and

E.      This Court retains jurisdiction to enforce this Order.

Dated: May 6, 2016

_Barbara B. Crabb_
United States District Judge

Order Prepared by:

Timothy S. Harris
Kelley A. Tibble
Reed Smith LLP
10 S. Wacker Drive, 40th FL
Chicago, IL 60606
(312) 207-1000
Fax: (312) 207-6400
tharris@reedsmith.com
ktibble@reedsmith.com

*Counsel for Plaintiff BMO Harris Bank N.A.*